## (April 14, 1977)

■ Photo Researchers, Inc., Respondent, v Richard Rogers, Inc., Appellant.—Order, Supreme Court, New York County, entered on May 28, 1976, unanimously affirmed, without costs and without disbursements, for the reasons stated by Mangan, J., at Special Term. Concur—Birns, J. P., Silverman, Capozzoli and Markewich, JJ.

■ In the Matter of the Arbitration between Edwin H. Mosler, Jr., Appellant, and Armand Drexler, Respondent.—Order, Supreme Court, New York County, entered on August 19, 1976, unanimously affirmed for the reasons stated by Nadel, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Birns, J. P., Silverman, Capozzoli and Markewich, JJ.

■ In the Matter of G & R Electrical Contractors, Inc., Appellant, v Herbert J. Simins, Respondent.—Judgment, Supreme Court, New York County, entered on March 17, 1976, unanimously affirmed for the reasons stated by Asch, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Lupiano and Capozzoli, JJ.